**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 01-7881**

RONALD RICHARD SMITH,

Petitioner - Appellant,

versus

DAN L. DOVE, Warden of FCI Edgefield; UNITED
STATES OF AMERICA,

Respondents - Appellees.

Appeal from the United States District Court for the District of
South Carolina, at Columbia. Henry M. Herlong, Jr., District Judge.
(CA-01-2759)

Submitted: April 18, 2002          Decided: April 25, 2002

Before MOTZ, TRAXLER, and GREGORY, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Ronald Richard Smith, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Ronald Richard Smith appeals the district court's order adopting the magistrate judge's recommendation denying his 28 U.S.C. § 2241 (1994) petition. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny leave to proceed in forma pauperis and dismiss the appeal on the reasoning of the district court. See Smith v. Dove, No. CA-01-2759 (D.S.C. Aug. 31, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2